NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3143

ROBERT L. POLLOCK,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board
in CH0752080578-I-1.

ON MOTION

## O R D E R

Upon consideration of Robert L. Pollock's motion for reconsideration of the court's order dismissing his petition for review for failure to file a Fed. Cir. R. 15(c) statement, the statement now having been filed,

IT IS ORDERED THAT:

The motion will be granted, the mandate will be recalled, the dismissal order will be vacated, and the petition for review will be reinstated, if Pollock files his brief within 30 days of the date of filing of this order.

FOR THE COURT

JUN - 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Philip C. Kimball, Esq.
Kenneth D. Woodrow, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 09 2009

JAN HORBALY
CLERK